# MINUTES

| | |
|---|---|
| CASE NUMBER: | MISC NO. 18-00347LEK-RLP |
| CASE NAME: | Movant Caleb W. Humphrey vs. Respondent Department of Defense |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/27/2018 | TIME: | |

COURT ACTION:  EO: COURT ORDER REGARDING MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

On August 22, 2018 pro se Movant Caleb W. Humphrey ("Movant") filed a Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("Motion").  Respondent Department of Defense ("the Government") is ORDERED to file a response to the Motion by **September 17, 2018**.

Pursuant to 12 U.S.C. § 3410(b), this Court must rule on the Motion within seven days after the Government files its response.  If Movant wishes to file an optional reply in support of the Motion, pointing out any contrary authorities to those cited in the response and/or presenting other interpretations of those authorities, he must submit his reply by **noon on the fifth day after the Government files its response**.  If the fifth day after the Government files its response is a Saturday, Sunday, or holiday, Movant must submit his reply on the preceding Friday.  For example, if the Government files its response on Tuesday, September 4, 2018, the fifth day after the filing of the response would be Sunday, September 9, 2018, and Movant's optional reply would have to be submitted by Friday, September 7, 2018.

In light of the immediacy of the deadline and the fact that Movant is proceeding pro se, he is HEREBY GRANTED leave to file his reply by faxing it to this Court at (808)541-1386.  Upon receipt, this Court will submit the reply to the Clerk's Office for filing.  This Court emphasizes Movant's leave to file by fax is limited to the reply in support of the Motion.  All of Movant's subsequent filings must be sent by mail, or submitted in person, to the Clerk's Office.

  The parties are reminded that Local Rules 7.5, 7.6, and 7.7 apply to the filings regarding the instant Motion.  Movant can review the Local Rules on the district court's website (www.hid.uscourts.gov) under "Court Resources."  The district court's website also has links to other applicable rules, such as the Federal Rules of Civil Procedure.

  The Clerk's Office is DIRECTED to: serve a copy of this Entering Order on Respondent at the addresses provided on the Motion; and provide a courtesy copy of this Entering Order to Kenji Price, United States Attorney for the District of Hawai`i.

  IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager